IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.   2:07mj37-TFM |
| | ) | |
| CHARLES EDWARD JONES, II | ) | |

GOVERNMENT'S MOTION FOR DETENTION HEARING

Comes now the United States of America, by and through Leura G. Canary, United States

Attorney for the Middle District of Alabama, and pursuant to 18 U.S.C. 3142(e) and (f) moves for

a detention hearing for the above-captioned defendant.

1.    Eligibility of Cases

This case is eligible for a detention order because this case involves:

_____        Crime of violence (18 U.S.C. § 3156)

___X___        Maximum sentence of life imprisonment or death

___X___        10 + year drug offense

_____        Felony, with two prior convictions in the above categories

___X___        Serious risk the defendant will flee

_____        Serious risk of obstruction of justice

_____        Felony involving a minor victim

_____        Felony involving possession or use of a firearm or other destructive device
                        (as defined by 18 U.S.C. § 921) or any other dangerous weapon

_____        Failure to register a sex offender (18 U.S.C. § 2250)

2.  Reason For Detention

The Court should detain defendant because there are no conditions of release which will reasonably assure:

    X              Defendant's appearance as required

    X              Safety of any other person and the community

3.  Rebuttable Presumption

The United States will invoke the rebuttable presumption against defendant under Section 3142(e).

    X           Probable cause to believe defendant committed 10 + year drug offense or an offense in which a firearm was used or carried under Section 924(c)

                  Previous conviction for "eligible" offense committed while on pretrial bond

                  A period of five years has not elapsed from defendant's conviction or release from imprisonment for the offense described above

4.  Time For Detention Hearing

The United States requests the Court conduct the detention hearing:

                  At the initial appearance

    X              After continuance of 3 days

The Government requests leave of Court to file a supplemental motion with additional grounds or presumption for detention should this be necessary.

Respectfully submitted this the 9th day of April, 2007.

LEURA G. CANARY
United States Attorney

/s/ Christa D. Deegan
CHRISTA D. DEEGAN
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
Phone: 334.223.7280
FAX: 334.223.7135
E-mail: christa.deegan@usdoj.gov