IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 2:07cr93-MHT |
| ) | |
| CHARLES EDWARD JONES, II ) | |

### ORDER TO PRODUCE PRISONER FOR ARRAIGNMENT

TO:   United States Marshal and his Deputies:

**ARRAIGNMENT** is hereby set for **May 23, 2007, at 10:30 a.m.,** in the above-styled case.

You are DIRECTED to produce the following named prisoner: __CHARLES EDWARD JONES, II,__ before the United States District Court at Courtroom 4A, on the 23rd day of May, 2007, at 10:30 a.m.

DONE, this the 10th day of May, 2007.

_Charles S. Coody_
UNITED STATES MAGISTRATE JUDGE

By: _[signature]_
Deputy Clerk