IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CR. NO.: 2:07cr93-MHT |
| CHARLES EDWARD JONES, II ) | |

**ORDER ON MOTION**

Upon consideration of the Government's motion to release custody of prisoner (Doc. #21), filed on July 20, 2007, and for good cause, it is

ORDERED that the motion (Doc. #21) is GRANTED. It is further

ORDERED that the United States Marshals Service shall release custody of CHARLES EDWARD JONES, II to HIDTA Special Agent Robert Thornton and/or John Hurst, on July 20, 2007, through December 31, 2007, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. It is also

ORDERED that Special Agents Robert Thornton and/or John Hurst shall return said prisoner into the custody of the United States Marshals Service when he has finished with him.

Done this 20th day of July, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE