IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA        )
                                )
    v                           )    CRIMINAL ACTION NO.
                                )    2:07cr93-MHT
CHARLES EDWARD JONES, II        )
```

ORDER

Upon Defendant's Notice of Intent to Change Plea (Doc. 23), filed August 31, 2007, it is

ORDERED that this case is set for proceedings pursuant to Rule 11 of the Federal Rules of Criminal Procedure on September 10, 2007, at 1:30 p.m., Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The Clerk is directed to provide a court reporter for this proceeding.  If Defendant is in custody, the United States Marshal shall arrange for Defendant's appearance at this proceeding.

DONE this 4th day of September, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE