IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR. NO. 2:07cr93-MHT |
| ) | |
| CHARLES EDWARD JONES, II ) | |

O R D E R

Upon consideration of the Motion to Strike (doc. no. 30) heretofore filed in the above-styled cause; counsel for defendant having orally indicated that defendant does not object; and for good cause shown, the Court is of the opinion that the Motion should be and the same is hereby GRANTED. It is, therefore, **ORDERED, ADJUDGED and DECREED** by the Court that the forfeiture allegation is hereby stricken.

DONE this 3rd day of October, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE