IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

**UNITED STATES OF AMERICA** )
)
   v. ) CRIMINAL ACTION NO.
)   2:07cr93-MHT
**CHARLES EDWARD JONES, II** )

## ORDER

It is ORDERED that the motion to substitute counsel (Doc. No. 32) is granted.

DONE, this the 5th day of November, 2007.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**